**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

Chapter you are filing under:
- [✓] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| 1. Your full name | | |
| Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | James<br>First name<br><br>Delson<br>Middle name<br><br>Geleerd<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| Bring your picture identification to your meeting with the trustee. | | |

2. **All other names you have used in the last 8 years**

   Include your married or maiden names.

3. **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)**

   xxx-xx-2212

---

Official Form 101    Voluntary Petition for Individuals Filing for Bankruptcy    page 1

|   | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☑ I have not used any business name or EINs.

Business name(s)

EINs

☐ I have not used any business name or EINs.

Business name(s)

EINs

**5. Where you live**

260 Briar Lane
Highland Park, IL 60035
Number, Street, City, State & ZIP Code

Lake
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

Check one:

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Check one:

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1   James Delson Geleerd _____   Case number (if known) _____

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- [✓] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

**8. How you will pay the fee**

- [✓] **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- [ ] **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- [ ] **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- [✓] No.
- [ ] Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- [✓] No
- [ ] Yes.

| Debtor | Relationship to you |
|---|---|
| District ___ When ___ | Case number, if known ___ |
| Debtor | Relationship to you |
| District ___ When ___ | Case number, if known ___ |

**11. Do you rent your residence?**

- [✓] No.   Go to line 12.
- [ ] Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?
  - [ ] No. Go to line 12.
  - [ ] Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No.   Go to Part 4.

☐ Yes.   Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any
_____

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

Number, Street, City, State & ZIP Code
_____

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you *small business debtor*?**

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

☑ No.
☐ Yes.

What is the hazard?
_____

If immediate attention is needed, why is it needed?
_____

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

Where is the property?
_____
Number, Street, City, State & Zip Code

**Part 5:** Explain Your Efforts to Receive a Briefing About Credit Counseling

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

15. **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

- [✓] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- [ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- [ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- [ ] **I am not required to receive a briefing about credit counseling because of:**

  - [ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  - [ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  - [ ] **Active duty.** I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

- [ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- [ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- [ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- [ ] **I am not required to receive a briefing about credit counseling because of:**

  - [ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  - [ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  - [ ] **Active duty.** I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Part 6: | Answer These Questions for Reporting Purposes |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.
☑ Yes. I am filing under Chapter 7.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☑ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

_James Delson Geleerd_
Signature of Debtor 1

Signature of Debtor 2

Executed on February 18, 2016
MM / DD / YYYY

Executed on _____
MM / DD / YYYY

| | |
|---|---|
| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
| **If you are not represented by an attorney, you do not need to file this page.** | |

/s/ Steven B. Chaiken                              Date  February 18, 2016
Signature of Attorney for Debtor                         MM / DD / YYYY

Steven B. Chaiken, Esq.
Printed name

Adelman & Gettleman
Firm name

53 West Jackson Boulevard
Suite 1050
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone  312-435-1050            Email address

#6272045
Bar number & State

Aegis Receivables Management, Inc.
P.O. Box 404
Fort Mill, SC 29716-0404


Aegis Receivables Management, Inc.
Attn: Payment Processing
P.O. Box 165809
Irving, TX 75016


Afni, Inc.
404 Brock Drive
P.O. Box 3517
Bloomington, IL 61702-3517


American Express
OA Special Research
P.O. Box 981540
El Paso, TX 79998-1540


American Express
c/o Special Research
P.O. Box 981540
El Paso, TX 79998-1540


American Express
200 Vessey Street, 44th Floor
New York, NY 10285


Associated Recovery Systems
P.O. Box 469046
Escondido, CA 92046-9046


Baker & Miller, P.C.
29 N. Wacker Dr., Suite 500
Chicago, IL 60606-2854


Bank of America
135 S. LaSalle St.
Chicago, IL 60603


Bank of America
c/o Bonded Collection Corporation
P.O. Box 2373
Chicago, IL 60690-2373

Bank of America
Financial Asset Management Systems Inc.
P.O. Box 451409
Atlanta, GA 31145-9409


Bank of America
c/o Cavalry Portfolio Services, LLC
P.O. Box 1017
Hawthorne, NY 10532


Bank of America, N.A.
P.O. Box 15710
Wilmington, DE 19886-5710


Blatt Hasenmiller Leibsker & Moore LLC
125 S. Wacker Dr., Ste. 400
Chicago, IL 60606-4440


Blatt Hasenmiller, Leibsker & Moore LLC
125 S. Wacker Dr., Suite 400
Chicago, IL 60606-4440


Blitt & Gaines, PC
661 Glenn Ave.
Wheeling, IL 60090


Blitt & Gaines, PC
661 W. Glenn Ave.
Wheeling, IL 60090


Blitt and Gaines
661 W. Glenn Ave.
Wheeling, IL 60090


Bonded Collection Corp.
P.O.Box 2373
Chicago, IL 60690-2373


Bonded Collection Corp.
P.O. Box 2373
Chicago, IL 60690-2373


Capital Management Services LP
726 Exchange Street, Ste. 700
Buffalo, NY 14210

Cavalry Portfolio Services, LLC
4050 E. Cotton Ctr, Bldg 2, Suite 20
Phoenix, AZ 85040

Cavalry Portfolio Services, LLC
P.O. Box 27288
Tempe, AZ 85285-7288

Cavalry Portfolio Services, LLC
c/o CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

Chase - Cardmember Service
P.O. Box 15548
Wilmington, DE 19886-5548

Chase Home Finance
P.O. Box 9001871
Louisville, KY 40290-1871

Chase Home Finance LLC
3415 Vision Drive
Columbus, OH 43219-6009

Chase Home Finance, LLC
P.O. Box 9001871
Louisville, KY 40290-1871

Chase Home Finance, LLC
3415 Vision Drive
Columbus, OH 43219-6009

Chase/First USA
301 N. Walnut St.
Wilmington, DE 19801

Chubb & Son (Collection Unit)
P.O. Box 1600
Whitehouse Station, NJ 08889-1600

Citi Cards
P.O. Box 688901
Des Moines, IA 50368-8901

```
Citi Cards
PO Box 660370
Dallas, TX 75266-0370


Citi Cards
Processing Center
Des Moines, IA 50363


Citi Cards
P.O. Box 6077
Sioux Falls, SD 57117-6077


Citi Cards
P.O. Box 688901
Des Moines, IA 50368


CitiBusiness Card
P.O. Box 6235
Sioux Falls, SD 57117-6235


CitiBusiness Card
P.O. Box 688901
Des Moines, IA 50368-8901


City of Kenosha
1010 56th St.
Lower Level
Kenosha, WI 53140


City of Kenosha, Kenosha County
625 52nd Street
Kenosha, WI 53140-3480


Client Services, Inc.
3451 Harry Truman Blvd.
Saint Charles, MO 63301-4047


Client Services, Inc.
3451 Harry Truman Blvd.
Saint Charles, MO 63301-0504
```

Cole Taylor Bank
n/k/a MB Financial Bank, N.A.
Attn:  Mary Alberts
6111 N. River Road, 4th Floor
Des Plaines, IL 60018


Comcast Cable
P.O. Box 3002
Southeastern, PA 19398-3002


Comcast-Chicago
c/o Credit Management
P.O. Box 118288
Carrollton, TX 75011-8288


ComEd
Customer Care Center
P.O. Box 805379
Chicago, IL 60680-5379


Corus Bank
3959 North Lincoln Ave.
Chicago, IL 60613


Credit Management, LP
4200 International Parkway
Carrollton, TX 75007-1912


Creditors Interchange
P.O. Box 1335
Buffalo, NY 14240-1335


David Leibson
346 Lake Street
Glencoe, IL 60022


David Nankin
1694 First Street
Highland Park, IL 60035


Debt Alert
4836 Brecksville Road
P.O. Box 539
Richfield, OH 44286

Department of the Treasury
Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346


Discover Bank
P.O. Box 6103
Carol Stream, IL 60197-6103


Discover Card
P.O. Box 3008
New Albany, OH 43054-3008


Fia Card Services, N.A
P.O. Box 982237
El Paso, TX 79998


Fia Card Services, N.A.
P.O. Box 982237
El Paso, TX 79998


Financial Asset Management Systems, Inc.
P.O. Box 451409
Atlanta, GA 31145-9409


First Bank of Highland Park
633 Skokie Blvd.
Northbrook, IL 60062


First Eagle Bank
1040 East Lake Street
Hanover Park, IL 60133


First Equity Bank
3956 West Dempster St.
Skokie, IL 60076


First Merit Bank
[need address]


Firstsource Advantage LLC
205 Bryant Woods South
Amherst, NY 14228

FirstSource Advantage, LLC
205 Bryant Woods South
Amherst, NY 14228


Frederick J. Hanna & Assoc.
1427 Roswell Rd.
Marietta, GA 30062


Frederick J. Hanna & Associates, P.C.
1427 Roswell Road
Marietta, GA 30062


GC Services Limited Partnership
Collection Agency Division
6330 Gulfton
Houston, TX 77081


Gray & Assoc.
attn: William N. Foshag
600 N. Broadway, Suite 300
Milwaukee, WI 53202


Gray & Associates
William N. Foshag
600 N. Broadway, Ste. 300
Milwaukee, WI 53202


Gregory A. Braun
112 9th St.
Wilmette, IL 60091


Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338


Illinois Dept. of Employment Security
Benefit Payment Control Division
P.O. Box 4385
Chicago, IL 60680


Jerry Jaeger
111 Pfingsten Road
Deerfield, IL 60015

Jonathan P. Davis, P.C.
99 Park Avenue, Suite 1600
New York, NY 10016


Lake County Collector
18 N. County Street, Suite 102
Waukegan, IL 60085-4361


Latimer LeVay Fyock LLC
Attn: Sheryl Fyock
55 W. Monroe St., Suite 1100
Chicago, IL 60603


Legacy Property Management Services, LLC
411 E. Wisconsin Ave., Suite 2040
Milwaukee, WI 53202


Legacy Property Management Services, LLC
2008 Saint Johns Ave.
Highland Park, IL 60035


Linda Geleerd
1872 Crenshaw Circle
Vernon Hills, IL 60061


MB Financial Bank, N.A.
Attn: Mary Alberts
6111 N. River Road, 4th Floor
Des Plaines, IL 60018


Mercury Credit Corp
380 Lexington Street, Suite 2020
New York, NY 10168


Mercury Credit Corp.
c/o Stacy Rom-Jenson
317 Madison Ave., Suite 1100
New York, NY 10017


Michael Ezgur
2360 Woodpath Lane
Highland Park, IL 60035

Midwest Bank
1730 Park Street, Suite 20202
Naperville, IL 60563

Nationwide Credit, Inc.
2015 Vaughn Rod. NW, Suite 400
Kennesaw, GA 30144-7802

NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044

NCO Financial Systems, Inc.
P.O. Box 15773
Wilmington, DE 19850-5773

NCO Financial Systems, Inc.
P.O. Box 15760
Department 07
Wilmington, DE 19850-5760

Nippon Life Credit - RIMS
77 Hartland St., Ste. 401
P.O. Box 280431
East Hartford, CT 06128-0431

North Bank
501 North Clark
Chicago, IL 60610

North Shore Gas
P.O. Box A3991
Chicago, IL 60690-3991

NorthShore Community Bank
1145 Wilmette Ave.
Wilmette, IL 60091

NorthShore Sanitary District
P.O. Box 2140
Bedford Park, IL 60499-2140

NorthShore University HealthSystem
c/o Van Ru Credit
1350 E. Touhy Ave., Suite 100E
Des Plaines, IL 60018


NorthShore University HealthSystem
Van Ru Credit Corp
P.O. Box 46549
Lincolnwood, IL 60646-0549


NorthStar Location Services, LLC
4285 Genesee St.
Cheektowaga, NY 14225-1943


Pacvan
2995 South Harding Street
Indianapolis, IN 46225


Pacvan
2963 Paysphere Circle
Chicago, IL 60674


Pierce & Assoc.
1 N. Dearborn, Ste.1300
Chicago, IL 60602-0602


Pierce & Associates
1 N. Dearborn, Suite 1300
Chicago, IL 60602-0602


Redline Recovery Services
11675 Rainwater Dr., Suite 350
Alpharetta, GA 30009-8693


Resurgence Capital, LLC
1161 Lake Cook Road, Suite D
Deerfield, IL 60015


Resurgence Legal Group, PC
1161 Lake Cook Road, Suite E
Deerfield, IL 60015

```
RMS
77 Hartland Street, Suite 401
P.O. Box 280431
East Hartford, CT 06128-0431


Roger and Carol Mankedick
4992 Rustic Oaks Circle
Naples, FL 34105


Seyfarth Shaw LLP
131 S. Dearborn St., Suite 2400
Chicago, IL 60603


Sherwin Braun
1221 Brook Lane
Glenview, IL 60025


Stark Burnham Pointe, LLC
3600 South Lake Drive
Milwaukee, WI 53235


Stark Investments
3600 South Lake Drive
Milwaukee, WI 53235


Stellar Recovery
1327 Highway 2 W
Ste. 100
Kalispell, MT 59901-3413


Terrapin Properties, LLC
260 Briar Lane
Highland Park, IL 60035


The Shindler Law Firm
1990 E. Algonquin Rd., Suite 180
Schaumburg, IL 60173


U.S. Bank National Association
209 South LaSalle Street
Chicago, IL 60604


U.S. Bank, N.A.
209 South LaSalle Street
Chicago, IL 60604
```

United Recovery Systems, LP  
P.O. Box 722929  
Houston, TX 77272-2929  

United Recovery Systems, LP  
5800 N. Course Drive  
Houston, TX 77072  

United Recovery Systems, LP  
P.O. Box 722910  
Houston, TX 77272-2910  

Van Ru Credit Corporation  
1350 E. Touhy Ave., Suite 100E  
Des Plaines, IL 60018-3307  

Varin/Regal LLC  
Successor to Indy Mac Bank, FSB  
1694 First Street  
Highland Park, IL 60035  

Volkswagen Credit  
P.O. Box 217008  
Auburn Hills, MI 48321-9929  

Volkswagen Credit  
Department 129601  
P.O Box 67000  
Detroit, MI 48267-1296  

Wells Fargo  
Wells Fargo Home Mortgage  
P.O. Box 650769  
Dallas, TX 75265-0769  

Wells Fargo Home Mortgage  
P.O. Box 650769  
Dallas, TX 75265-0769  

Zalutsky & Pinski  
20 N. Clark St., Ste. 600  
Chicago, IL 60602